IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID FALLON,

     Plaintiff,               No. CIV S-05-2451 FCD KJM PS

     vs.

UNITED STATES OF AMERICA,

     Defendant.          ORDER

_____/

     Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

     On April 14, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

     The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

     1. The findings and recommendations filed April 14, 2006, are adopted in full; and

1

1      2. This action is dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R.
2  Civ. P. 41(b).
3  DATED:May 19, 2006

5                                          /s/ Frank C. Damrell Jr.
                                            FRANK C. DAMRELL JR.
6                                           United States District Judge